UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 4:22CV00082 SEP |
| FORTY THOUSAND DOLLARS IN U.S. CURRENCY ($40,000.00), | ) ) ) ) |
| Defendant. | ) ) |

### FINAL JUDGMENT AND ORDER

WHEREAS, all potential claimants have been given notice of this proceeding in accordance with the requirements of Supplemental Rule G of the Federal Rules of Civil Procedure, and the time for filing claims has expired;

AND WHEREAS, a settlement agreement has been reached between the United States of America and Claimants Melodrina Ognan, Danielle Hugues and Roman Ruiz-Russell, who are the only claimants joined in this proceeding;

AND WHEREAS, pursuant to that agreement, the parties have agreed to the entry of a final judgment and order of forfeiture as set forth below;

IT IS HEREBY ORDERED THAT a portion of the defendant currency in the amount of Twelve Thousand Dollars ($12,000.00), and any accumulated interest earned on the defendant property while held in the Assets Forfeiture Fund, shall be forfeited to the United States of America to be disposed of according to law.

IT IS FURTHER ORDERED THAT a portion of the defendant currency, less any debt owed to the United States, any agency of the United States, or any other debt in which the United States is

authorized to collect pursuant to the Debt Collection Improvement Act of 1966, Title 31, United States Code, Section 3716 and other programs such as the Treasury Offset Program, shall be returned to the claimants as described below:

    a. $6,650.00 U.S. Currency will be returned to claimant Melodrina Ognan;

    b. $4,130.00 U.S. Currency will be returned to claimant Danielle Hugues; and

    c. $17,220.00 U.S. Currency will be returned to claimant Roman Ruiz- Russell.

IT IS FURTHER ORDERED THAT each party shall bear its own costs incurred in this action.

IT IS SO ORDERED,

_____
HONORABLE SARAH E. PITLYK
UNITED STATES DISTRICT COURT JUDGE

Dated this 16th day of February 2022