UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:22CV00082 SEP |
| FORTY THOUSAND DOLLARS IN U.S. CURRENCY ($40,000.00), | ) |
| Defendant. | ) |

**CONSENT MOTION FOR ENTRY OF ORDER OF FORFEITURE**

COMES NOW the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Stephen Casey, Assistant United States Attorneys for said district, and, with the consent of the only claimants in this matter, Melodrina Ognan, Danielle Hugues and Roman Ruiz-Russell, moves this Court to enter the attached Order, the entry of which has been agreed to by the parties in a fully executed settlement agreement.

Dated: March 28, 2022

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

*/s/ Stephen Casey*
STEPHEN CASEY, #58879(MO)
Assistant United States Attorney
111 South 10th Street, Suite 20.333
Saint Louis, Missouri 63102
Telephone:    (314) 539-2200
Stephen.Casey3@usdoj.gov